UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN | Case No. 13-53846<br>Chapter 9<br>Hon. Thomas J. Tucker |
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>INVESTMENT COMMITTEE OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>    Defendant and Counter-Plaintiff. | Adversary No. 20-04042-tjt |

## STIPULATION FOR ENTRY OF ORDER AMENDING ORDER APPOINTING MEDIATOR AND MODIFYING CERTAIN CASE DEADLINES [DOC NO. 19]

Plaintiff/Counter-Defendant the Police and Fire Retirement System of the City of Detroit and Defendant/Counter-Plaintiff Investment Committee of the Police and Fire Retirement System of the City of Detroit stipulate to the entry of an order in the form attached as **Exhibit A**.

Dated: March 10, 2020

| **BODMAN PLC** | **COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.** |
|---|---|
| By:/s/ Ralph E. McDowell | By:/s/ David A. Lawrence |
|     Ralph E. McDowell (P39235) |     David A. Lawrence (P48630) |
|     Jaimee L. Witten (P70068) |     Mark S. Frankel (P41565) |
| Attorneys for Defendant/Counter-Plaintiff |     Bruce J. Lazar (P16475) |
| 6th Floor at Ford Field |     Sarah Heisler Gidley (P53764) |
| 1901 St. Antoine Street | Attorneys for Plaintiff/Counter-Defendant |
| Detroit, Michigan 48226 | 39395 W. Twelve Mile Road, Suite 200 Farmington Hills, MI 48331 |
| Telephone: (313) 259-7777 | Telephone: (248) 489-8600 |
| Email: rmcdowell@bodmanlaw.com | Email: david.lawrence@couzens.com |
|         jwitten@bodmanlaw.com |         mark.frankel@couzens.com |
| |         bruce.lazar@couzens.com |
| |         sarah.gidley@couzens.com |

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Hon. Thomas J. Tucker |

| | |
|---|---|
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, | Adversary No. 20-04042-tjt |
| Plaintiff and Counter-Defendant, | |
| vs. | |
| INVESTMENT COMMITTEE OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, | |
| Defendant and Counter-Plaintiff. | |

## STIPULATED ORDER AMENDING ORDER APPOINTING MEDIATOR AND MODIFYING CERTAIN CASE DEADLINES

The parties having stipulated to the entry of this order amending the Order Appointing Mediator and Modifying Certain Case Deadlines [Doc. No. 19] and the Court being fully advised,

IT IS ORDERED that mediation must be completed no later than April 3, 2020.

Bodman_16619623_1

IT IS FURTHER ORDERED that the Police and Fire Retirement System of the City of Detroit will pay the mediator's fees in the amount of $375.00 per hour on behalf of both parties.

IT IS SO ORDERED.