# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN | Case No. 13-53846<br>Chapter 9<br>Judge Thomas J. Tucker |

| | |
|---|---|
| THE POLICE AND FIRE<br>RETIREMENT SYSTEM OF THE<br>CITY OF DETROIT,<br><br>      Plaintiff and Counter-<br>      Defendant,<br><br>vs.<br><br>INVESTMENT COMMITTEE OF THE<br>POLICE AND FIRE RETIREMENT<br>SYSTEM OF THE CITY OF<br>DETROIT,<br><br>      Defendant and Counter-<br>      Plaintiff. | Adversary No. 20-04042-tjt |

## STIPULATED ORDER
## EXTENDING TIME FOR ANSWER TO COUNTERCLAIM

Based on the stipulation of the parties filed May 14, 2020 (Docket # 40), the Court finds good cause to enter this Order.

IT IS ORDERED that the Plaintiff/Counter-Defendant the Police and Fire Retirement System of the City of Detroit's deadline to answer the counterclaim is extended to June 15, 2020.

**Signed on May 14, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge