UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Hon. Thomas J. Tucker |

| | |
|---|---|
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, | Adversary No. 20-04042-tjt |
| Plaintiff and Counter-Defendant, | |
| vs. | |
| INVESTMENT COMMITTEE OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, | |
| Defendant and Counter-Plaintiff. | |

**STIPULATION FOR ENTRY OF ORDER DISMISSING WITHOUT PREJUDICE THE ADVERSARY PROCEEDING AND COUNTERCLAIM**

Plaintiff/Counter-Defendant the Police and Fire Retirement System of the City of Detroit and Defendant/Counter-Plaintiff Investment Committee of the Police and Fire Retirement System of the City of Detroit stipulate to the entry of an order in the form attached as **Exhibit A**.

Dated: May 22, 2020

| | |
|---|---|
| **BODMAN PLC** | **COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.** |
| By: /s/ Ralph E. McDowell | By: /s/ Bruce J. Lazar |
|     Ralph E. McDowell (P39235) |     David A. Lawrence (P48630) |
|     Jaimee L. Witten (P70068) |     Mark S. Frankel (P41565) |
| Attorneys for Defendant/Counter-Plaintiff |     Bruce J. Lazar (P16475) |
| |     Sarah Heisler Gidley (P53764) |
| 6th Floor at Ford Field | Attorneys for Plaintiff/Counter-Defendant |
| 1901 St. Antoine Street | |
| Detroit, Michigan 48226 | 39395 W. Twelve Mile Road, Suite 200 |
| Telephone: (313) 259-7777 | Farmington Hills, MI 48331 |
| Email: rmcdowell@bodmanlaw.com | Telephone: (248) 489-8600 |
|        jwitten@bodmanlaw.com | Email: david.lawrence@couzens.com |
| |        mark.frankel@couzens.com |
| |        bruce.lazar@couzens.com |
| |        sarah.gidley@couzens.com |

# EXHIBIT A

Bodman_16727061_2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN | Case No. 13-53846<br>Chapter 9<br>Hon. Thomas J. Tucker |

| | |
|---|---|
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>INVESTMENT COMMITTEE OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>    Defendant and Counter-Plaintiff. | Adversary No. 20-04042-tjt |

## STIPULATED ORDER DISMISSING WITHOUT PREJUDICE THE ADVERSARY PROCEEDING AND COUNTERCLAIM

The parties having stipulated to the entry of this order to dismiss the Adversary Proceeding and Counterclaim without prejudice and the Court being fully advised,

IT IS ORDERED that this Adversary Proceeding and the Counterclaim filed by Investment Committee of the Police and Fire Retirement System of the City of Detroit are dismissed without prejudice.

This is a final order that disposes of this Adversary Proceeding and Counterclaim.

IT IS SO ORDERED.

Bodman_16727061_2