UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,    Chapter 9
                                          Case No. 13-53846
      Debtor,                Hon. Thomas J. Tucker
_____/

THE POLICE AND FIRE          Adversary Proceeding
RETIREMENT SYSTEM OF         Case No. 20-04042-tjt
THE CITY OF DETROIT,

     Plaintiff and
     Counter-Defendant,
v.

INVESTMENT COMMITTEE OF THE
POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT,

     Defendant and
     Counter-Plaintiff.
_____/

## **MEDIATOR'S CERTIFICATION PURSUANT TO L.B.R. 7016-2(a)(7)(E.D.M.)**

The mediator hereby certifies that mediation:

[X] was conducted in compliance with L.B.R. 7016-2

[ ] was not conducted in compliance with L.B.R. 7016-2 because:

    [ ] the parties settled prior to the mediation; or

    [ ] for the following reasons: _____

1

As a result of the mediation, the parties:

[X] agreed to dismiss all of the claims without prejudice.

[ ] achieved a settlement,

    [ ] and signed a written settlement memorandum.

    [ ] and did not sign a written settlement memorandum.

[ ] did not achieve a settlement.

Respectfully Submitted,

JACOB & WEINGARTEN, P.C.

By: /s/ Howard S. Sher
    Howard S. Sher (P38337)
    Court Appointed Mediator
    25800 Northwestern Hwy, Suite 500
    Southfield, Michigan 48075
    (248) 649-1900
    howard@jacobweingarten.com

Dated: May 22, 2020

2

20-04042-tjt    Doc 43    Filed 05/22/20    Entered 05/22/20 14:07:37    Page 2 of 2