# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Judge Thomas J. Tucker |

| | |
|---|---|
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, | Adversary No. 20-04042-tjt |
| Plaintiff and Counter-Defendant, | |
| vs. | |
| INVESTMENT COMMITTEE OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, | |
| Defendant and Counter-Plaintiff. | |

## ORDER DISMISSING WITHOUT PREJUDICE THIS ADVERSARY PROCEEDING, INCLUDING COUNTERCLAIM

Based on the stipulation of the parties, filed May 22, 2020 (Docket # 42),

IT IS ORDERED that this adversary proceeding, including the Counterclaim filed by Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit, is dismissed without prejudice.

This is a final order that concludes this adversary proceeding, which now will be closed.

**Signed on May 22, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge